**Order entered January 30, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01278-CV

**FREDERICK BROWN, Appellant**

**V.**

**NATIONSTAR MORTGAGE, LLC ET AL, Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-03045-D**

## ORDER

We **DENY** appellant's January 29, 2015 motion to remove the Clerk of this Court.


/s/      ELIZABETH LANG-MIERS
         JUSTICE